U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

DEPUTY CLERK

Anne Yered M.D.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Eastern Maine Healthcare Systems D/B/A
Northern Light Health, Eastern Maine Medical
Center D/D/A Northern Light Eastern Maine Medical Center

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No

*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Anne Yered MD

Street Address  49 Clark circle

City and County  Hampden, ~~Katana offercy~~ Penobscot

State and Zip Code  Maine 04444

Telephone Number  (207) 712-8830

E-mail Address  anneyered@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name  Northern Light Health

Job or Title
(if known)

Street Address  43 Whiting Hill Rd

City and County  Brewer, Penobscot

State and Zip Code  Maine, 04412

Telephone Number  (207) 973-7000

E-mail Address
(if known)

Defendant No. 2

Name  Northern Light Eastern Maine Medical center

Job or Title
(if known)

Street Address  489 State St.

City and County  Bangor, Penobscot

State and Zip Code    Maine, 04401

Telephone Number    (207) 973-7000

E-mail Address
(if known)

Defendant No. 3

   Name

   Job or Title
   (if known)

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address
   (if known)

Defendant No. 4

   Name

   Job or Title
   (if known)

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address
   (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. §§ 1331, 1332, 1367

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* __Anne Yered__, is a citizen of the State of *(name)* __Maine__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.    · If the defendant is a corporation

The defendant, *(name)* _Northern Light Health_ is incorporated under the laws of the State of *(name)* _Maine_, and has its principal place of business in the State of *(name)* _Maine_. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_See attached complaint_

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_See attached complaint_

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.   Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 20    , 20 23

Signature of Plaintiff    _Anne_____

Printed Name of Plaintiff   Anne Yered_____

The defendant,
Northern Light Eastern Maine Medical Center,
is incorporated under the laws of the state of
Maine, and has its principal place of business in the
State of Maine.