UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANNE YERED, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EASTERN MAINE HEALTHCARE SYSTEMS D/B/A NORTHERN LIGHT HEALTH <br><br> and <br><br> NORTHERN LIGHT EASTERN MAINE MEDICAL CENTER <br><br> Defendants. | Case No.: 1:23-CV-00284-SDN |

### AFFIDAVIT OF WALTER H. FOSTER IV

NOW COMES Walter H. Foster IV and, being duly sworn and on oath, states and shows as follows:

1. I am over the age of 18 and understand the significance of an oath.

2. I formerly represented the Plaintiff in this matter, Anne Yered, MD ("Plaintiff").

3. A copy of the Plaintiff's file was mailed to her on January 8, 2025, per her request.

4. Due to the Plaintiff expressing concerns about not having received her file, an additional copy was sent to her via FedEx on January 22, 2025.

5. On January 23, 2025, the Plaintiff confirmed that she received both copies of her file.

Dated: January 29, 2025

*Walter Foster*
_____
Walter H. Foster IV

1

STATE OF MAINE

KENNEBEC, SS.                                              Dated: January 29 2025

    Personally appeared the above-named Walter H. Foster IV and made oath that the above facts are true based on his own knowledge, information and belief, and to the extent they are based on information and belief, that he believes them to be true.

Before me,

*[signature: Cassie L. Shink]*

Notary Public

CASSIE L. SHINK
Notary Public, State Of Maine
My Commission Expires March 24, 2030

2