UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ANNE YERED, M.D., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-cv-00284-LEW |
| | ) | |
| EASTERN MAINE HEALTHCARE SYSTEMS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON PENDING MOTIONS AND PROCEDURAL ORDER**

Following a telephonic conference with the parties, for the reasons stated on the record, the Court:

1. Dismisses without prejudice Plaintiff's motion to compel production of medical report (ECF No. 99). On or before November 18, 2025, the parties shall file written argument on whether Defendants should be required to provide Plaintiff with the medical record discussed during the conference. Each written argument shall not exceed 10 pages.

2. Grants the Plaintiff's counsel's motions to withdraw as counsel (ECF Nos. 95, 97).

3. Grants Plaintiff's motion to proceed pro se (ECF No. 98). Unless and until counsel enters an appearance for Plaintiff, Plaintiff shall be self-represented in this matter.

4. The Court defers ruling on Plaintiff's motion to amend scheduling order and to appoint expert witness (ECF No. 86) until after the Court rules on the discovery

issue identified in paragraph 1 of this Order.  Following the ruling on the discovery issue, the Court will issue a scheduling order to govern the future course of the case.

                                                   /s/ John C. Nivison
                                                   U.S. Magistrate Judge

Dated this 3rd day of November, 2025.